██ David R. D'Alessandro, Individually and as Limited Administrator of the Estate of Kimberly A. D'Alessandro, Deceased, Respondent, v Eastman Kodak Company et al., Appellants. (Appeal No. 2.) [765 NYS2d 533] —Appeal from an order of Supreme Court, Monroe County (Barry, J.), entered September 19, 2002, which denied defendants' motion seeking leave to reargue.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Empire Ins. Co. v*

*Food City*, 167 AD2d 983, 984 [1990]). Present—Pigott, Jr., P.J., Pine, Wisner and Kehoe, JJ.